UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 17-2019

UNITED STATES OF AMERICA, ex rel.
JANE DOE

v.

HEART SOLUTION PC; BIOSOUND MEDICAL SERVICES;
KIRTISH N. PATEL; NIMESH PATEL; NITA K. PATEL

Heart Solution PC, Nita K. Patel,
                                        Appellants
(D.N.J. No. 2-14-cv-03644)

Present:  JORDAN, ROTH and STEARNS*, Circuit Judges

1. Motion by Appellee USA to Clarify Opinion to Affirm District Court's Ruling on False Claims Act and Common Law Fraud Damages;

2. Unopposed Motion by Appellants for 45 Day Extension of Time to File Petition for Rehearing and/or Rehearing En Banc.

                                        Respectfully,
                                        Clerk/lmr

_____ORDER_____
The foregoing motions are considered.  The Opinion issued March 14, 2019 is **VACATED**, a revised opinion will be filed contemporaneously with this order.  The revised opinion does not affect the judgment.  The parties' request for an extension of time to file a petition for rehearing is **GRANTED**.  Any petition for rehearing must be filed within (45) forty-five days from the date of this order.  No further extensions will be granted to either party.

                                        By the Court,

                                        s/ Jane R. Roth
                                        Circuit Judge

Dated: May 3, 2019
Lmr/cc: Paul B. Brickfield
Timothy J. McInnis
Charles Graybow
Mark E. Cedrone

_____

* Honorable Richard G. Stearns, District Judge for the District of Massachusetts, sitting by designation.